■ RICHARD P. PUFFER et al., Appellants, v. DANIEL C. GOULDING, Respondent.— Judgment insofar as it dismissed the complaint of plaintiff, Margaret Puffer, unanimously reversed on the law and facts and a new trial granted as to said plaintiff, with costs to appellant to abide the event and otherwise judgment affirmed. Memorandum: The verdict as to the plaintiff, Margaret

Puffer, was against the weight of the evidence. (Appeal from judgment of Erie Trial Term in favor of defendant for no cause of action in an automobile negligence action.) Present — Williams, P, J., Bastow, Goldman, Henry and Del Vecchio, JJ.